Velez v City of New York (2025 NY Slip Op 04683)

Velez v City of New York

2025 NY Slip Op 04683

Decided on August 13, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 13, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
LINDA CHRISTOPHER
BARRY E. WARHIT
JAMES P. MCCORMACK, JJ.

2024-05250
 (Index No. 500315/19)

[*1]Raul Velez, respondent, 
v
City of New York, et al., appellants.

Anna J. Ervolina, Brooklyn, NY (Theresa A. Frame of counsel), for appellants.
Elefterakis, Elefterakis & Panek, New York, NY (Harris J. Zakarin of counsel), for respondent.

DECISION & ORDER
In an action to recover damages for personal injuries, the defendants appeal from an order of the Supreme Court, Kings County (Leon Ruchelsman, J.), dated April 22, 2024. The order, insofar as appealed from, upon granting the plaintiff's motion to restore the action to active status, set a schedule for the deposition of six defendants' witnesses.
ORDERED that the appeal is dismissed, with costs.
As acknowledged by the defendants, the portion of the order from which this appeal is taken did not decide a motion made on notice (see CPLR 5701[a]) and, therefore, is not appealable as of right. Leave to appeal has not been granted.
BARROS, J.P., CHRISTOPHER, WARHIT and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court